COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    D & R USA Enterprise, Inc., Saherish Business, Inc. d/b/a Texas Food Mart, and Samoda, Inc. d/b/a Amigo Food Mart v. SCF RC Funding IV, LLC, Essential Properties Realty Trust, LLC a/k/a SCF Realty Group. LLC, Mountain Express Oil Company, and Trujo Wadud, Individually

Appellate case number:    01-22-00018-CV

Trial court case number:    2021-47779

Trial court:    127th District Court of Harris County

On January 19, 2022, Appellants D & R USA Enterprise, Inc., Saherish Business, Inc. d/b/a Texas Food Mart, and Samoda, Inc. d/b/a Amigo Food Mart filed an "Emergency Motion Requesting Stay of Proceedings in Trial Court Pending Appeal" seeking a stay of all trial court proceedings in Cause No. 2021-47779, *D & R USA Enterprise, Inc, Saherish Business, Inc. d/b/a Texas Food Store, and Samoda, Inc. d/b/a Amigo Food Mart v. SCF RC Funding IV, LLC, Essential Properties Realty Trust, LLC a/k/a SCF Realty Capital LLC, Mountain Express Oil Company, and Turjo Wadud, Individually*, in the 127th District Court of Harris County, Texas. We **grant** Appellants' motion for emergency relief and stay all trial court proceedings in Cause No. 2021-47779 pending final adjudication of the present appeal or until further order from this Court.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                         Acting individually

Date:  January 19, 2022